■ JOHN J. CAMPAGNA, JR., INC., Respondent, v DUNE ALPIN FARM ASSOCIATES, Appellant. — In an action, *inter alia,* for specific performance of a contract, defendant appeals from an order of the Supreme Court, Suffolk County, dated October 8, 1980, which denied its motion pursuant to CPLR 3211 (subd [a], par 4) to dismiss the action on the ground that another action was already pending. Order modified, by adding thereto a provision consolidating this matter with the case of *Dune Alpin Farm Assoc. v John*

*J. Campagna, Inc.,* now pending in the Supreme Court, Suffolk County. As so modified, order affirmed, without costs or disbursements. Special Term correctly denied defendant's motion to dismiss this action inasmuch as a prior action was not yet pending at the time the instant action was commenced. This is because a summons served with notice but without a complaint does not constitute "another action" within the meaning of CPLR 3211 (subd [a], par 4) *(Louis R. Shapiro, Inc. v Milspemes Corp.,* 20 AD2d 857; Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3211:19, p 26). However, to best serve the interests of judicial economy while still preserving the rights of the parties, the court should have *sua sponte* ordered consolidation of these actions. The court may make such an order on a motion pursuant to CPLR 3211 (subd [a], par 4) even though neither party has requested such relief (see Seigel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR, C3211:19, p 25). Accordingly, we direct that these actions be consolidated. Damiani, J.P., Gibbons, Margett and O'Connor, JJ., concur.